# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**Sacramento**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 75.53.169.169,<br><br>    Defendant. | Case Number: 2:16-cv-01723-JAM-KJN<br><br>**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:   Plaintiff's Motion is granted. Plaintiff shall have until March 6, 2017 to effectuate service of a summons and complaint on Defendant.

SO ORDERED this 20th day of October, 2016

/s/ John A. Mendez
**UNITED STATES DISTRICT COURT JUDGE**